# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-50855
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
April 24, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

*versus*

Tom Clegg Gibson,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:19-CR-169-1

---

Before Stewart, Duncan, and Wilson, *Circuit Judges.*

Per Curiam:[*]

The Federal Public Defender appointed to represent Tom Clegg Gibson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gibson has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-50855

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.